UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-23665-CIV-MORENO

JOSE JAVIER SARUT,

    Petitioner,

vs.

KENNY ATKINSON, Warden FCI/FPC Miami, Federal
Bureau of Prisons, and FEDERAL BUREAU OF PRISONS,
an agency of the Departement of Justice,

    Respondents.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
## AND ORDER DENYING PETITION FOR SENTENCE REDUCTION UNDER § 2241

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation (D.E. No. 21) on **July 5, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 21**) on **July 5, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that:

    Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DENIED.

    DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of August, 2010.

                                                  FEDERICO A. MORENO
                                                  CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record