UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-23665-CIV-MORENO

JOSE JAVIER SARUT,

    Petitioner,

vs.

KENNY ATKINSON, Warden FCI/FPC Miami, Federal Bureau of Prisons, and FEDERAL BUREAU OF PRISONS, an agency of the Department of Justice,

    Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

THIS CAUSE came before the Court upon Petitioner's Motion for Reconsideration (**D.E. No. 26**), filed on **August 23, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of August, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record